IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE PAPROSKY | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| MCZ DEVELOPMENT CORP. and | ) | |
| MICHAEL J. LERNER | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

### JURISDICTION AND VENUE

This is a suit to collect a debt on two promissory notes and other loans. Jurisdiction is posited upon diversity of citizenship. 28 U.S.C. 1332. Plaintiff is a citizen of the Dominion of Canada and defendants are citizens of the State of Illinois. MCZ DEVELOPMENT CORP. is a corporation organized and existing under the State of Illinois, with its principal place of business in the City of Chicago. The corporation was involuntarily dissolved by the Illinois Secretary of State on November 10, 2017. MICHAEL J. LERNER is its president and resides in the Village of Barrington, Cook County, Illinois. The amount in controversy exceeds, exclusive of costs and interest, the sum of $75,000.00. The debts were incurred within this judicial district, Cook County, Illinois.

### STATEMENT OF CLAIM

1. Defendants, after all just credits and payments, owe plaintiff the sum of $2,329,431.04, plus prejudgment interest, as of September 30, 2018.

2.     Defendants are in the real estate development business in the City of Chicago and elsewhere where they develop high-end, luxury residences in Chicago and elsewhere.

3.     On or about November 9, 2006, Michael J. Lerner, as maker and agent of MCZ Development Corp., personally executed a promissory note dated November 9, 2006 to plaintiff to pay the sum of $1,000,000.00 on November 10, 2007 at the rate of 10% *per annum* simple interest, plus attorney's fees and court costs for collection of said sum, should defendant default.  Plaintiff paid said funds to defendant "MCZ" by check which cleared her bank on or about November 13, 2006.

4.     On or about March 1, 2009, Michael J. Lerner, as maker and agent of MCZ Development Corp., executed another promissory note to plaintiff for the sum of $912,735.00; said note was due on March 1, 2010 with interest at the rate of 6%. On March 1, 2010, defendants defaulted.

5.     In addition to the two promissory notes with related concurrent payments, plaintiff, as loans, wire-transferred to defendants an additional $2,532,696.04 between October 26, 2006 and March 3, 2009, amounting to a total of $4,445,431.04 loaned to defendants.

6.     Defendants have re-paid the sum of $2,216,000.00 towards principal as of September 30, 20018, but despite no fewer than ten written email reassurances from defendants between August 25, 2018 and November 11, 2019 that the balance would be paid, the defendants have failed, neglected and refused to repay said loans and have defaulted on the balance of $2,329,431.04, such that there is now overdue delinquent principal and back interest at the rates of 10% and 6%, as the case may be.

7. WHEREFORE plaintiff, STEPHANIE PAPROSKY, asks the court to enter judgment in her favor, and against the defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of TWO MILLIONS THREE HUNDRED TWENTY-NINE THOUSAND FOUR HUNDRED THIRTY-ONE and 04/100 DOLLARS, ($2,329,431.04) plus all back interest at 10% and 6%, as the case may be, plus attorney's fees and court costs, pursuant to the terms and conditions of the first promissory note.

*/s/ Ernest T. Rossiello*

ERNEST T. ROSSIELLO
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602
(312) 346-8920
Email: ETR@rossiellolaw.com
Attorney for Plaintiff

3