IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE PAPROSKY | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2020 CV 218 |
| | ) | JUDGE COLEMAN |
| MCZ DEVELOPMENT CORP. and | ) | |
| MICHAEL J. LERNER | ) | |
| | ) | |
| Defendants | ) | |

## AMENDED COMPLAINT

### JURISDICTION AND VENUE

This is a suit to collect a debt on two promissory notes and other loans. Jurisdiction is posited upon diversity of citizenship. 28 U.S.C. 1332. Plaintiff is a citizen of the Dominion of Canada and defendants are citizens of the State of Illinois. MCZ DEVELOPMENT CORP. is a corporation organized and existing under the State of Illinois, with its principal place of business in the City of Chicago. The corporation was involuntarily dissolved by the Illinois Secretary of State on November 10, 2017. MICHAEL J. LERNER is its president and resides in the Village of Barrington, Cook County, Illinois. The amount in controversy exceeds, exclusive of costs and interest, the sum of $75,000.00. The debts were incurred within this judicial district, Cook County, Illinois.

### STATEMENT OF CLAIM

1. Defendants, after all just credits and payments, owe plaintiff the sum of $4,223,311.66, including prejudgment interest.

2. Defendants are in the real estate development business in the City of Chicago and elsewhere where they develop high-end, luxury residences in Chicago and elsewhere. MCZ Development was involuntarily dissolved by the Illinois Secretary of State on November 10, 2017; but it has continued operations notwithstanding.

3. On or about November 9, 2006, Michael J. Lerner, as maker and agent of MCZ Development Corp., personally executed a promissory note dated November 9, 2006 to plaintiff to pay the sum of $1,000,000.00 on November 10, 2007 at the rate of 10% *per annum* simple interest, plus attorney's fees and court costs for collection of said sum, should defendant default. Plaintiff paid said funds to defendant "MCZ" by check which cleared her bank on or about November 13, 2006.

4. On or about March 1, 2009, Michael J. Lerner, as maker and agent of MCZ Development Corp., executed another promissory note to plaintiff for the sum of $912,735.00; said note was due on March 1, 2010 with interest at the rate of 6%. On March 1, 2010, defendants defaulted.

5. In addition to the two promissory notes with related concurrent payments, plaintiff, as loans, wire-transferred to defendants an additional $2,532,696.04 between October 26, 2006 and March 3, 2009, amounting to a total of $4,445,431.04 loaned to defendants.

6. Defendants have re-paid part of the loans towards principal as of September 30, 2018, but despite no fewer than ten written email reassurances from defendants between August 25, 2018 and November 11, 2019 that the balance would be paid in full, the defendants have failed, neglected and refused to repay said loans and have defaulted on the balance.

7. Plaintiff has had a certified public accountant compute the balance due on the loans and she has determined that there is $4,223.311.66 due and owing.

8. WHEREFORE plaintiff, STEPHANIE PAPROSKY, asks the court to enter judgment in her favor, and against the defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of FOUR MILLION TWO HUNDRED TWENTY-THREE THOUSAND THREE HUNDRED ELEVEN and 66/100 DOLLARS, ($4,223,311.66), plus attorney's fees and court costs, pursuant to the terms and conditions of the first promissory note, and Rule 54, F. R. Civ. P..

*/s/ Ernest T. Rossiello*
_____
ERNEST T. ROSSIELLO
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602
(312) 346-8920
Email: ETR@rossiellolaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of said document was served upon all parties of record, pursuant to ECF as to Filing Users in accordance with Fed. R. Civ. P. 5 (a) and (b) on this March 22, 2020.

__s/Ernest T. Rossiello__
ERNEST T. ROSSIELLO