**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE PAPROSKY | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  2020 CV 218 |
| | ) | JUDGE COLEMAN |
| MCZ DEVELOPMENT CORP. and | ) | |
| MICHAEL J. LERNER | ) | |
| | ) | |
| Defendants | ) | |

## SECOND AMENDED COMPLAINT

## JURISDICTION AND VENUE

This is a suit to collect a debt on four loans made to defendants. Jurisdiction is posited upon diversity of citizenship, 28 U.S.C. 1332. Plaintiff is a citizen of the Dominion of Canada and defendants are citizens of the State of Illinois.  MCZ DEVELOPMENT CORP. is a corporation organized and existing under the State of Illinois, with its principal place of business in the City of Chicago. The corporation was involuntarily dissolved by the Illinois Secretary of State on November 10, 2017. MICHAEL J. LERNER is its president and resides in the Village of Barrington, Cook County, Illinois. The amount in controversy exceeds, exclusive of costs and interest, the sum of $75,000.00.  The debts were incurred within this judicial district, Cook County, Illinois.

## STATEMENT OF CLAIM

1.      Defendants are in the real estate development business in the City of Chicago and elsewhere where they develop high-end, luxury residences in Chicago and

elsewhere.  Michael J. Lerner was, and still is, president and a director of MCZ Development, Inc., which continues business operations notwithstanding dissolution.

2.      **FIRST LOAN.** On or about October 26, 2006, plaintiff loaned defendant Michael Lerner the sum of $1,000,000.00 by check from her personal checking account at MB Financial Bank.  Pursuant to that loan, on or about November 9, 2006, Michael J. Lerner, as maker and agent of MCZ Development Corp., personally executed a promissory note dated November 9, 2006 to plaintiff to re-pay the sum of $1,000,000.00 on November 10, 2007 at the rate of 10% *per annum* simple interest, plus attorney's fees and court costs for collection of said sum, should defendant default. Defendants defaulted on the loan, and have failed, neglected or refused to repay the loan in full with agreed interest, notwithstanding multiple demands for repayment. After all just credits due to defendants, there remains due the sum of $288,664.05 for interest (as of July 31, 2020).

3.      **SECOND LOAN.** On or about February 4, 2009, via wire transfer from her account at MV Financial Bank, plaintiff loaned to the same Michael J. Lerner, the sum of $1,509,283.97. That loan inured to his benefit and to one of his business enterprises, Fremont Ventures XV L.  Defendants have not repaid said loan in full, notwithstanding multiple demands. After all just credits and payments due defendants, there remains due on interest at 5% simple *per annum* the sum of $487,170.48 (as of July 31, 2020).

4.      **THIRD LOAN.** On or about March 2, 2009 plaintiff, via wire transfer from her bank, loaned to Michael J. Lerner the sum of $1,023,426.00.  He has failed, neglected or refused to repay that loan in full.  After all just credits due to defendants, there remains due the sum of $1,571,220.51 on principal and interest at 5% simple *per*

*annum* (as of July 31, 2020).

5.     **FOURTH LOAN.** On or about March 3, 2009 plaintiff loaned to Michael J. Lerner the sum of $912,741.07, for which Lerner signed a promissory note to repay the loan on March 1, 2010 at the rate of 6% interest.  Defendant has failed, neglected or refused to repay the loan in full with agreed interest, notwithstanding multiple demands. After all just credits due to defendants, there remains due the sum of $1,537,606.11 (as of July 31, 2020).

6.     Plaintiff has made multiple demands on defendants to repay said sums, with interest, but defendants have largely ignored the demand and have made only sporadic and random repayments to plaintiff, largely toward principal and with little reference to interest owed.  Plaintiff believes that defendants have sparse, if any, records of repayments to any of the above loans.

7.     Defendants have repaid a total of approximately $2,005,081.78, as of December 31, 2018, without specifying what was interest or what was principal.

8.     Plaintiff, on May 20, 2020, has provided defendants with 104 documents showing dates of payments made to them, copies of checks, dishonored checks from defendants, promissory notes and bank wire transfers, showing the specific dates and documents on which her loans were made, and records of defendants' repayments, giving them credit for such payments after accrued interest was calculated; on the other hand, defendants have remained silent and produced no documents or records.

9.     After all just credits due to defendants, the balance owed to plaintiff for all four loans, with interest at the agreed rates of 10% and 6%, as the case may be, as of July 31, 2020 is THREE MILLION EIGHT HUNDRED EIGHTY-FOUR THOUSAND

SIX HUNDRED SIXTY-ONE and 15/100 DOLLARS ($3,884,661.15).

10.      With regard to the second and third loans, where no interest rate was specifically agreed, the Illinois statutory prejudgment interest rate authorized by The Illinois Business Corporation Act is 5% due to creditors after loans or moneys become due. 815 ILCS 205/2. Therefore, plaintiff is entitled to interest on those loans at the rate of 5%.

11.      WHEREFORE plaintiff, STEPHANIE PAPROSKY, asks the court to enter judgment in her favor, and against the defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of THREE MILLION EIGHT HUNDRED EIGHTY-FOUR THOUSAND SIX HUNDRED SIXTY-ONE and 15/100 DOLLARS, ($3,884,661.15), as of July 31, 2020, plus costs of $1,000.00 [$400.00 for the clerk's filing fee, Rule 54 (d), FRCP, and an additional $600.00 for Michael Lerner evading service of process, refusing to sign the waiver form for summons and for necessitating a private process server, Rule 4(d) (2) (A) and (B), FRCP] and attorney's fees, as provided for by the promissory note.

/s/ Ernest T. Rossiello

_____
ERNEST T. ROSSIELLO
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602
(312) 346-8920
Email:  ETR@rossiellolaw.com
Attorney for Plaintiff

4

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, states that a true and correct copy of said document was served upon all parties of record, pursuant to ECF as to Filing Users in accordance with Fed. R. Civ. P. 5 (a) and (b) on this May 22, 2020.

<u>  s/Ernest T. Rossiello  </u>
ERNEST T. ROSSIELLO