IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE PAPROSKY, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | No. 20 cv 218 |
| | ) | JUDGE COLEMAN |
| MCZ DEVELOPMENT CORP.; and | ) | |
| MICHAEL J. LERNER, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S THIRD AMENDED COMPLAINT**

NOW COMES the Plaintiff, STEPHANIE PAPROSKY, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD, P.C., and complaining of Defendants, MCZ DEVELOPMENT CORP., and MICHAEL J. LERNER, states as follows:

**JURISDICTION AND VENUE**

1. This action is brought to collect a debt on four loans made by Plaintiff, STEPHANIE PAPROSKY, and to Defendants. Jurisdiction is posited upon diversity of citizenship, 28 U.S.C. 1332.

2. Plaintiff is a citizen of the Dominion of Canada and Defendants are citizens of the State of Illinois.

3. MCZ DEVELOPMENT CORP., is a corporation organized and existing under the State of Illinois, with its principal place of business in the City of Chicago.

4. MCZ DEVELOPMENT CORP., was involuntarily dissolved by the Illinois Secretary of State on November 10, 2017.

5. MICHAEL J. LERNER is MCZ DEVELOPMENT CORP's president and resides in the Village of Barrington, Cook County, Illinois.

1

6. The amount in controversy exceeds, exclusive of costs and interest, the sum of $75,000.00.

7. The debts were incurred within this judicial district, Cook County, Illinois.

## STATEMENT OF CLAIM

### (General Allegation)

8. Defendants are in the real estate development business in the City of Chicago where they develop high-end, luxury residences in Chicago and elsewhere.

9. MICHAEL J. LERNER was, and still is, president and a director of MCZ DEVELOPMENT, CORP., which continues business operations notwithstanding dissolution.

## Count I:
## Breach of Contract (Agreement dated November 9, 2006)

10. Plaintiff restates and incorporates all preceding paragraphs as if set forth herein as paragraph ten of Count I.

11. On or about November 9, 2006, Plaintiff, and Defendant, MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., entered into an agreement whereby Plaintiff would loan Defendant, MICHAEL J. LERNER, the sum of $1,000,000.00.

12. The November 9, 2006, agreement and associated terms were memorialized in writing. (See November 9, 2006, promissory note and terms, attached hereto as "Exhibit A").

13. Pursuant to the November 9, 2006, agreement, executed by MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., Defendants were to repay Plaintiff the sum of $1,000,000.00, on November 10, 2007 at the rate of 10% per annum simple interest, plus attorney's fees and court costs for collection of said sum, should defendant default. (See Exhibit A).

14. To date, Defendants have not repaid Plaintiff in full in accordance with the agreement dated November 9, 2006.

15. As Defendants have failed, neglected, or refused to repay the sum due in full, with interest and costs pursuant to the agreement dated November 9, 2006, Defendants are in breach of the agreement dated November 9, 2006.

16. Plaintiff has complied with all terms and obligations as set forth in the agreement dated November 9, 2006.

17. The sum due by Defendants is in the amount of $288,664.05 (as of July 31, 2020).

WHEREFORE, Plaintiff, STEPHANIE PAPROSKY, prays this Honorable Court enter judgment in her favor, and against the Defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of $288,664.05 plus interest to date, judicial costs, and attorney's fees to date.

## Count II:
## Breach of Contract (Agreement dated February 4, 2009)

18. Plaintiff restates and incorporates all preceding paragraphs as if set forth herein as paragraph eighteen of Count II.

19. On or about February 4, 2009, Plaintiff, and Defendant, MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., entered into an agreement whereby Plaintiff would loan Defendant, MICHAEL J. LERNER, the sum of $1,509,283.97.

20. On or about February 4, 2009, the Plaintiff and Defendants orally agreed to the amount and associated terms.

21. No interest terms were discussed and/or memorialized.

22. The February 4, 2009, loan inured to Defendants, MICHAEL J. LERNER as maker and agent of MCZ DEVELOPMENT, CORP's benefit and to one of Defendant, MICHAEL J. LERNER's business enterprises, Fremont Ventures XV L.

23. To date and after repeated requests by Plaintiff, Defendants have not repaid Plaintiff in full in accordance with agreement dated February 4, 2009.

24. As Defendants have failed, neglected, or refused to repay the sum due in full, with statutory interest and costs pursuant to the agreement dated February 4, 2009, Defendants are in breach of the agreement dated February 4, 2009.

25. Plaintiff has complied with all terms and obligations as set forth in the agreement dated February 4, 2009.

26. The sum due by Defendants is in the amount of $487,170.48 (as of July 31, 2020).

WHEREFORE, Plaintiff, STEPHANIE PAPROSKY, prays this Honorable Court enter judgment in her favor, and against the Defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of $487,170.48 plus interest to date, judicial costs, and attorney's fees to date.

### Count III:
### Breach of Contract (Agreement dated March 2, 2009)

27. Plaintiff restates and incorporates all preceding paragraphs as if set forth herein as paragraph twenty-seven of Count III.

28. On or about March 2, 2009, Plaintiff, and Defendant, MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., entered into an agreement whereby Plaintiff would loan Defendant, MICHAEL J. LERNER, the sum of $1,023,426.00.

29. On or about March 2, 2009, the Plaintiff and Defendants orally agreed to the amount and associated terms.

4

30. No interest terms were discussed and/or memorialized.

31. To date and after repeated requests by Plaintiff, Defendants have not repaid Plaintiff in full in accordance with agreement dated March 2, 2009.

32. As Defendants have failed, neglected, or refused to repay the sum due in full, with statutory interest and costs pursuant to the agreement dated March 2, 2009, Defendants are in breach of the agreement dated March 2, 2009.

33. Plaintiff has complied with all terms and obligations as set forth in the agreement dated March 2, 2009.

34. The sum due by Defendants is in the amount of $1,571,220.51 (as of July 31, 2020).

WHEREFORE, Plaintiff, STEPHANIE PAPROSKY, prays this Honorable Court enter judgment in her favor, and against the Defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of $1,571,220.51 plus interest to date, judicial costs, and attorney's fees to date.

### Count IV:
### Breach of Contract (Agreement dated March 3, 2009)

35. Plaintiff restates and incorporates all preceding paragraphs as if set forth herein as paragraph thirty-five of Count IV.

36. On or about March 3, 2009, Plaintiff, and Defendant, MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., entered into an agreement whereby Plaintiff would loan Defendant, MICHAEL J. LERNER, the sum of $912,741.07.

37. The March 3, 2009, agreement and associated terms were memorialized in writing. (See March 3, 2009, promissory note and terms, attached hereto as "Exhibit B").

5

38. Pursuant to the March 3, 2009, agreement, executed by MICHAEL J. LERNER, as maker and agent of MCZ DEVELOPMENT, CORP., Defendants were to repay Plaintiff the sum by March 1, 2010, at the rate of 6% interest. (See Exhibit B).

39. To date, Defendants have not repaid Plaintiff in full in accordance with the agreement dated March 3, 2009.

40. As Defendants have failed, neglected, or refused to repay the sum due in full, with interest and costs pursuant to the agreement dated March 3, 2009, Defendants are in breach of the agreement dated March 3, 2009.

41. Plaintiff has complied with all terms and obligations as set forth in the agreement dated March 3, 2009.

42. The sum due by Defendants is in the amount of $1,537,606.11 (as of July 31, 2020).

WHEREFORE, Plaintiff, STEPHANIE PAPROSKY, prays this Honorable Court enter judgment in her favor, and against the Defendants, and each of them, MICHAEL J. LERNER and MCZ DEVELOPMENT CORP., in the sum of $1,537,606.11 plus interest to date, judicial costs, and attorney's fees to date.

Respectfully submitted,

By: /s/ Rob L. Kohen
One of the Attorneys for the Plaintiff
Patrick A. Salvi (psalvi@salvilaw.com)
ARDC 3122090
Andrew J. Burkavage aburkavage@salvilaw.com)
ARDC 7308660
Rob L. Kohen (rkohen@salvilaw.com)
ARDC 6316897
Michael J. Schostok (mjschostok@salvilaw.com)
ARDC 6333316
Salvi, Schostok & Pritchard, P.C.
161 North Clark Street, Suite 4700
Chicago, IL 60622
(312) 372-1227; (312) 372-3720 fax

6

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the **Third Amended Complaint at Law** was filed electronically this **8th** day of **September** 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

                 /s/ Rob L. Kohen

*Counsel for Plaintiff*
Patrick A. Salvi (psalvi@salvilaw.com)
Andrew J. Burkavage (aburkavage@salvilaw.com)
Rob L. Kohen (rkohen@salvilaw.com)
Michael J. Schostok (mjschostok@salvilaw.com)
Salvi, Schostok & Pritchard, P.C.
161 North Clark Street, Suite 4700
Chicago, IL 60622
(312) 372-1227

*Counsel for Defendants*
Allen Shapiro (ashapiro@fishercohen.com)
Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road, #100
Glenview, IL 60025
224-260-3089