# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stephanie Paprosky

                                         Plaintiff,

v.                                                   Case No.: 1:20–cv–00218
                                                      Honorable Sharon Johnson Coleman

MCZ Development Corp., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 8/27/2021. Counsel for plaintiff reports that the parties have settled and are finalizing the agreement. Case is dismissed without prejudice for 45 days. If no motion to reinstate is filed by 10/12/2021, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.